IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALEJANDRO ARTURO SCHOLZ,<br><br>　　　　　Defendant. | CR 10-10-H-DWM<br><br><br>ORDER |

　　　Defendant Alejandro Arturo Scholz moves unopposed for leave to permit Tanya Richem, Scholz's sex offender treatment provider, to appear by Zoom at his final revocation hearing set for January 16, 2026, at 10:00 a.m. (Doc. 78; *see* Doc. 77.) Ms. Richem's appearance would serve the "purpose" of "account[ing] for the contingency of the Court having questions concerning the information set forth in" her January 14, 2026 declaration. (Doc. 78 (citing Doc. 77).) Remote appearance is sought because "Ms. Richem has a busy practice and resides in Choteau, Montana" and "[t]raveling from Choteau to Missoula would impact her business negatively." (Doc. 78 at 1.)

　　　Accordingly, IT IS ORDERED that Defendant Scholz's motion, (Doc. 78), is GRANTED. Tanya Richem may appear for and testify at Scholz's final

1

revocation hearing set for January 16, 2026, at 10:00 a.m. by Zoom. Scholz's counsel must make arrangements for such appearance prior to the hearing.

DATED this ___15___ day of January, 2026.

Donald W. Molloy, District Judge
United States District Court